UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ALIZA CHAVA SIERADSKI,
p/k/a ALIZA HAVA, :

        Plaintiff, : 09 Civ. 8240 (WHP)

      -against- : ORDER

MUSICAL MEDIA FOR EDUCATION, :
et al.,
        Defendants. :

------------------------------X



WILLIAM H. PAULEY III, District Judge:

    It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: December 31, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Joseph E. Petersen
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019

Robert Nathan Potter
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
*Counsel for Plaintiff*